**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JAMES WILBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:04-0837 |
| | ) | JUDGE HAYNES |
| THE FEDERAL AVIATION ADMINISTRATION, | ) | |
| MARION BLAKELY in her official capacity as | ) | |
| administrator of the Federal Aviation Administration, | ) | |
| JOHN CATSIMATIDIS, NICHOLAS C. KATSORIS, | ) | |
| C & S ACQUISTION CORPORATION, RED APPLE, | ) | |
| AVIATION GROUP, INC., RED APPLE GROUP, | ) | |
| INC., RICK PARATINO, SID MARTIN, B.J. HAIRE, | ) | |
| RICHARD WEILAND, and UNITED REFINING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In accordance with the Memorandum filed herewith, motion to dismiss filed by the Defendants:

C&S Acquistion Corporation, the Red Apple, John Catsimitidis and United Refining Company (Docket

Entry No. 31) is **GRANTED** and Plaintiff's claims against those Defendants, are **DISMISSED** with

prejudice.

The Defendant Nicholas C. Katsoris's motion to dismiss and for summary judgment (Docket

Entry No.56) is **GRANTED** for lack of personal jurisdiction. This action is **DISMISSED** without

prejudice to Plaintiff's underlying claims against the Defendant. The Defendant Nicholas C.

Katsoris's motion to strike (Docket Entry No. 91) is **DENIED** as moot.

This action is hereby **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the _____ day of August, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge